IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:18-CV-68-FL

| | | |
|---|---|---|
| DANIELLE A. CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DUDLEY BEAUTY CORPORATION | ) | |
| and JOE L. DUDLEY, SR., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on plaintiff's motion to voluntarily dismiss her case without prejudice (DE 55).[1]

Plaintiff moves to dismiss her lawsuit.[2] Defendant Dudley Beauty does not oppose the motion (DE 56), and defendant Joe Dudley has not filed any response to the motion.[3] In this posture, the motion is ripe for ruling.

Pursuant to Fed. R. Civ. P. 41(a)(2), the court DISMISSES plaintiff's case without prejudice. The court DENIES as MOOT defendant Dudley Beauty's motion for summary judgment (DE 37), defendant Joe Dudley's motion for summary judgment (DE 47), plaintiff's motion for restraining

---

[1] Also pending before the court are defendant Dudley Beauty's motion for summary judgment (DE 37), defendant Joe Dudley's motion for summary judgment (DE 47), plaintiff's motion for restraining order (DE 52), and defense counsel's motion to withdraw as attorney (DE 54).

[2] Plaintiff's motion seeks to "dismiss[] my lawsuit without prejudice, against Dudley Products, Inc." (DE 55). The court construes this statement as seeking dismissal of plaintiff's entire lawsuit without prejudice, rather that simply dismissing one party.

[3] The court allowed ten days after plaintiff's filing her motion to voluntarily dismiss for defendants to file their responses. That time has passed.

order (DE 52), and defense counsel's motion to withdraw as attorney (DE 54). The clerk is DIRECTED to close this case.

SO ORDERED, this the 27th day of November, 2018.

_____
LOUISE W. FLANAGAN
United States District Judge